**No. 09-8836. Laura Walker Bernard, Petitioner v. W. Elaine Chapman, Warden, et al.**

559 U.S. 987, 130 S. Ct. 1727, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 2001.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 929.

**No. 09-8839. Roderick Vickers, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1983.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 333 Fed. Appx. 458.

**No. 09-8840. Angel Reyes, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1957.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8843. Rodrick Cardale Reed, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1986.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 575 F.3d 900.

**No. 09-8846. Carl Dwayne Crawford, Petitioner v. Edward M. Frimel, et al.**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1925.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 337 Fed. Appx. 211.

**No. 09-8849. Frederick Lee Revels, Petitioner v. James Reynolds, et al..**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1965,

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8851. David L. White, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1997.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 332 Fed. Appx. 601.

**No. 09-8853. Richard Darnell Johnson, Petitioner v. United States.**

559 U.S. 988, 130 S. Ct. 1729, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1960.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 575 F.3d 900.